UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
NANCY RIVERA,

                          Plaintiff,

      - against -

GEOLOGISTICS AMERICAS, INC. AND
AGILITY LOGISTICS CORP.,

                        Defendants.
-------------------------------------------------------------x

Index No. 11 cv 4805 (CBA) (RML)

STIPULATION OF
DISMISSAL WITH PREJUDICE

JUN 2 5 2012

Plaintiff Nancy Rivera and Defendants Geologistics Americas, Inc. and Agility Logistics Corp. hereby STIPULATE, pursuant to Fed. R. Civ. P. 41(a)(1)(ii) that:

1. Plaintiff's claims are dismissed with prejudice, and this case is to be closed by the Clerk of the Court.

2. Each party is to bear its own costs and fees, and no party is a prevailing party in this action.

3. This stipulation may be executed in counterparts and exchanged via facsimile or electronic mail.

Dated: May 25, 2012

LAW OFFICES OF LEE NUWESRA

By: _____
      Lee Nuwesra
1623 Unionport Road, Suite 101
Bronx, New York 10462
(718) 942-4294

*Attorneys for Plaintiff*

BRYAN CAVE LLP

By: _____
      Scott H. Kaiser
1290 Avenue of the Americas
New York, New York 10104
(212) 541-2000

*Attorneys for Defendants*

C047892\0334199\1675934.2

SO ORDERED:
June 22, 2012 _____
                          USDJ